IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Stephen C. Leal, | NO. C 05-00959 JW |
|        Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| Officer K. Siegel, et al., | |
|        Defendant(s). | |

On July 25, 2005, the Court conducted a Case Management Conference. Counsel for Defendants County of Santa Clara, City of San Jose and Officer K. Siegel were present. There was no appearance by Plaintiff Stephen C. Leal or Plaintiff's counsel.

The Court hereby orders Plaintiff to appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on September 19, 2005 at 9:00 a.m. to show cause, if any, by actual appearance in Court, and by certification filed with the Court at least ten (10) days prior to appearance date, why said cause should not be dismissed for failure to attend the July 25, 2005 Case Management Conference. The certificate shall set forth in factual summary the reason no appearance was made and what steps Plaintiff is taking to pursue the action, its present status and the expected future course of the case.

If Plaintiff fails to file the certification, the September 19, 2005 hearing will be vacated automatically and the case will be dismissed.

//

//

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: July 26, 2005      /s/ James Ware
JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Clifford S. Greenberg cao.main@ci.sj.ca.us
Lisa Herrick lisa.herrick@cco.sccgov.org
Nora Valerie Frimann cao.main@sanjoseca.gov
Sean Erenstoft sean@erenstoft.com

**Dated: July 26, 2005**          **Richard W. Wieking, Clerk**

                                  **By: /jwchambers/**
                                      **Ronald L. Davis**
                                      **Courtroom Deputy**

United States District Court
For the Northern District of California