**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Stephen C. Leal, | NO. C 05-00959 JW |
| Plaintiff(s), | **ORDER DISCHARGING ORDER TO SHOW CAUSE; SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Officer Siegel, an individual; San Jose Police Department; City of San Jose; Santa Clara County Department of Corrections, | |
| Defendant(s). | |

The Court has received and considered Plaintiff's response to the Court's Order to Show Cause issued July 26, 2005. The Court accepts Plaintiff's explanation for failure to appear at the July 25, 2005 case management conference.

Accordingly, the Order to Show Cause is discharged, and the hearing scheduled for September 19, 2005 is vacated. The Court will conduct a case management conference on October 17, 2005 at 10:00 a.m. The parties shall meet and confer and file an updated joint case management statement no later than October 6, 2005.

Dated: September 15, 2005         /s/James Ware
                                  JAMES WARE
                                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Clifford S. Greenberg cao.main@ci.sj.ca.us
Lisa Herrick lisa.herrick@cco.sccgov.org
Nora Valerie Frimann cao.main@sanjoseca.gov
Sean Erenstoft sean@erenstoft.com

**Dated: September 15, 2005**                              **Richard W. Wieking, Clerk**

                                                           **By: /s/JW Chambers**
                                                                **Ronald L. Davis**
                                                                **Courtroom Deputy**