ANN MILLER RAVEL, County Counsel (S.B. #62139)
MICHAEL L. ROSSI, Deputy County Counsel (S.B. #184997)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900

Attorneys for Defendants
COUNTY OF SANTA CLARA
DEPARTMENT OF CORRECTION,
GARRETT ZOMPOLIS, THOMAS
DURAN, JOSE DAVID VILLAGOMEZ,
and DAN WOODS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN C. LEAL,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER K. SIEGEL, an individual;<br>SAN JOSE POLICE DEPARTMENT;<br>CITY OF SAN JOSE; SANTA CLARA<br>COUNTY DEPARTMENT OF<br>CORRECTIONS; AND DOES 1 through<br>10, inclusive,<br><br>    Defendants. | No. C05-00959 JW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR EXPERT DISCLOSURE**<br><br>(Fed. Rules Civ. Proc. 26(a)(2) & 29) |

All parties hereby stipulate and request an order that the deadline for disclosure of expert witnesses be extended to sixty days before the trial setting conference, which is currently set for November 27, 2006. The disclosure of expert witnesses would therefore be due on or before September 27, 2006. Because of unforeseen delays in medical discovery, the current date for expert witness disclosure, June 29, 2006, will be difficult if not impossible for the County to comply with. This stipulation and order would not affect any discovery deadlines or trial setting of this matter.

Pursuant to Federal Rules of Civil Procedure 26(a)(2) and 29, this Stipulation and

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order to
Extend Deadline for Expert Disclosure        1        C05-00959 JW

[Proposed] Order to Extend Time for Expert Disclosure is based on this Application and the Affidavit of Michael L. Rossi in Support of the motion.

Dated: June 16, 2006

Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By: /s/ Michael L. Rossi
MICHAEL L. ROSSI
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA
DEPARTMENT OF CORRECTION,
GARRETT ZOMPOLIS, THOMAS
DURAN, JOSE DAVID
VILLAGOMEZ, and DAN WOODS

IT IS SO STIPULATED.

Dated: June ___, 2006

_____
LOUIS P. DELL, ESQ.
Attorney for Plaintiff STEPHEN C. LEAL

Dated: June ___, 2006

_____
SEAN G. ERENSTOFT, ESQ.
Attorney for Plaintiff STEPHEN C. LEAL

Dated: June ___, 2006

_____
CLIFF S. GREENBERG
Senior Deputy City Attorney
Attorney for Defendants CITY OF SAN JOSE and OFFICER K. SIEGEL

IT IS SO ORDERED.

Dated: June __, 2006

_____
THE HONORABLE JAMES WARE
United States District Court Judge

44236.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order to
Extend Deadline for Expert Disclosure        2                C05-00959 JW

1  [Proposed] Order to Extend Time for Expert Disclosure is based on this Application and the
2  Affidavit of Michael L. Rossi in Support of the motion.

3  Dated: June ___, 2006

Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By: _____
MICHAEL L. ROSSI
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA
DEPARTMENT OF CORRECTION,
GARRETT ZOMPOLIS, THOMAS
DURAN, JOSE DAVID
VILLAGOMEZ, and DAN WOODS

12  IT IS SO STIPULATED.

14  Dated: June 14, 2006

_____
LOUIS P. DELL, ESQ.
Attorney for Plaintiff STEPHEN C. LEAL

17  Dated: June ___, 2006

_____
SEAN G. ERENSTOFT, ESQ.
Attorney for Plaintiff STEPHEN C. LEAL

20  Dated: June ___, 2006

_____
CLIFF S. GREENBERG
Senior Deputy City Attorney
Attorney for Defendants CITY OF
SAN JOSE and OFFICER K. SIEGEL

23  IT IS SO ORDERED.

25  Dated: June ___, 2006

_____
THE HONORABLE JAMES WARE
United States District Court Judge

28  44236.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order to
Extend Deadline for Expert Disclosure                    2                    C05-00959 JW

TOTAL P.003

1  [Proposed] Order to Extend Time for Expert Disclosure is based on this Application and the
2  Affidavit of Michael L. Rossi in Support of the motion.
3  Dated: June ___, 2006

Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By: _____
MICHAEL L. ROSSI
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA
DEPARTMENT OF CORRECTION,
GARRETT ZOMPOLIS, THOMAS
DURAN, JOSE DAVID
VILLAGOMEZ, and DAN WOODS

12  IT IS SO STIPULATED.

14  Dated: June ___, 2006

_____
LOUIS P. DELL, ESQ.
Attorney for Plaintiff STEPHEN C. LEAL

17  Dated: June ___, 2006

_____
SEAN G. ERENSTOFT, ESQ.
Attorney for Plaintiff STEPHEN C. LEAL

20  Dated: June 15, 2006

_____
CLIFF S. GREENBERG
Senior Deputy City Attorney
Attorney for Defendants CITY OF
SAN JOSE and OFFICER K. SIEGEL

23  IT IS SO ORDERED.

25  Dated: June 27, 2006

_____
THE HONORABLE JAMES WARE
United States District Court Judge

28  c4216.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order to
Extend Deadline for Expert Disclosure      2      C05-00959 JW

TOTAL P.003