*E-filed 8/1/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN LEAL, | Case No. C05-00959 JW (HRL) |
| Plaintiff, | **ORDER RE: BRIEFING SCHEDULE FOR MOTION TO SHORTEN TIME FOR HEARING MOTION TO COMPEL PHYSICAL EXAMINATION** |
| v. | |
| OFFICER K. SIEGEL, et al., | |
| Defendants. | Re: Docket No. 41 |

Defendants have moved for an order shortening time for hearing their motion to compel plaintiff's physical examination. Any opposition to the proposed shortened schedule must be filed by 10 a.m. Wednesday, August 2, 2006.

**IT IS SO ORDERED.**

Dated: 8/1/06

/s/   Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WILL BE ELECTRONICALLY MAILED TO:

Louis Patrick Dell louis.p.dell@att.net

Sean Erenstoft sean@erenstoft.com, push4ward@aol.com

Nora Valerie Frimann cao.main@sanjoseca.gov, Brande.Gex@sanjoseca.gov

Clifford S. Greenberg cao.main@ci.sj.ca.us

Lisa Herrick lisa.herrick@cco.sccgov.org

Michael L. Rossi michael.rossi@cco.co.scl.ca.us,

John L. Winchester , III john.winchester@cco.sccgov.org

**Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**

Dated: 8/1/06                    /s/ JMM
                          Chambers of Magistrate Judge Howard R. Lloyd