United States District Court
For the Northern District of California

1

2

3                                                    *E-filed 10/3/06*

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                SAN JOSE DIVISION

10

11   STEPHEN LEAL,                          Case No. C05-00959 JW

12           Plaintiff,                      **FURTHER ORDER RE:
                                            PLAINTIFF'S MOTION TO
13                                          COMPEL**

14   v.

15   OFFICER K. SIEGEL, et al.,             Re: Docket No. 49

16           Defendants.

17   _____/

18        Plaintiff Stephen Leal brings this excessive force civil rights action against the City of

19   San Jose, the County of Santa Clara, and various law enforcement and correctional officers.

20        On September 12, 2006, this court ordered the County to produce for *in camera*

21   inspection all investigative files, including reports, deriving from citizen complaints, sustained

22   or not, regarding any use of force by any officer who allegedly used force against plaintiff.  The

23   County was to highlight any portions that it contends warrant redaction.  The County did so.

24        The court has completed its review of the redacted files.  For the most part, the

25   redactions appropriately protect the privacy interests of third party inmates and officers.  The

26   great majority of redactions apply to names and other identifying information.  The court

27   approves of these redactions of identifying information.

28        The court finds, however, that the approximately 25 proposed redactions of medical and

**United States District Court**
For the Northern District of California

1  health-related information are not necessary to protect privacy, and could limit the utility of

2  these documents for plaintiff.  The County's proposals in this area are thus denied.  Third-party

3  names and identifying information embedded within a sentence concerning medical issues

4  should remain redacted.  Finally, on the page stamped SCC/LEAL00179, the phrase "See

5  original report for details" does not merit redaction.

6       The court ORDERS the County to produce the files to plaintiff's counsel by Friday,

7  **October 6, 2006**, with third-party names and identifying information redacted, but with

8  medical/health information not redacted.  Plaintiff's counsel may share these documents with

9  plaintiff's experts, but not with plaintiff or anyone else.  All copies shall be returned to

10  defendants at the conclusion of the case.  All information generated pursuant to this order shall

11  be used solely for purposes of litigating and/or settling the present lawsuit.

12

13       **IT IS SO ORDERED.**

14

15  Dated: 10/3/06                          /s/  Howard R. Lloyd

16                                       HOWARD R. LLOYD
                                         UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2

THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WILL BE ELECTRONICALLY MAILED TO:

Louis Patrick Dell louis.p.dell@att.net

Sean Erenstoft sean@erenstoft.com, push4ward@aol.com

Nora Valerie Frimann cao.main@sanjoseca.gov, Brande.Gex@sanjoseca.gov

Clifford S. Greenberg cao.main@ci.sj.ca.us

Lisa Herrick cao.main@sanjoseca.gov

Michael L. Rossi michael.rossi@cco.co.scl.ca.us,

John L. Winchester , III john.winchester@cco.sccgov.org

**Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**


Dated:    10/3/06                         _____/s/  JMM_____
                                          Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

3