IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Stephen Leal, | NO. C 05-00959 JW |
| Plaintiff, | **ORDER CONTINUING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Officer K. Siegel, et al., | |
| Defendants. | |

On the Court's own motion, the hearing on Defendant's Motion for Summary Judgment is continued from October 30, 2006 to **November 27, 2006 at 9 a.m.** to coincide with the Preliminary Pretrial Conference at 10 a.m.

Dated: October 25, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Clifford S. Greenberg cao.main@ci.sj.ca.us
John L. Winchester john.winchester@cco.sccgov.org
Lisa Herrick cao.main@sanjoseca.gov
Louis Patrick Dell louis.p.dell@att.net
Michael L. Rossi michael.rossi@cco.co.scl.ca.us
Nora Valerie Frimann cao.main@sanjoseca.gov
Sean Erenstoft sean@erenstoft.com

Dated:   October 25, 2006                             Richard W. Wieking, Clerk

                                                      By: /s/ JW Chambers
                                                          **Elizabeth Garcia**
                                                          **Courtroom Deputy**