IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Stephen C. Leal, | NO. C 05-00959 JW |
| Plaintiff, | **INTERLOCUTORY JUDGMENT** |
| v. | |
| Officer Kenneth Siegel, et al., | |
| Defendants. / | |

Pursuant to the Court's March 2, 2007 Order Granting Defendants Officer K. Siegel and City of San Jose's Motion for Summary Judgment, judgment is entered in favor of Defendants Officer Kenneth Siegel and the City of San Jose, against Plaintiff Stephen C. Leal.

Dated: March 2, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Clifford S. Greenberg cao.main@ci.sj.ca.us
John L. Winchester john.winchester@cco.sccgov.org
Lisa Herrick cao.main@sanjoseca.gov
Louis Patrick Dell louis.p.dell@att.net
Michael L. Rossi michael.rossi@cco.co.scl.ca.us
Nora Valerie Frimann cao.main@sanjoseca.gov
Sean Erenstoft sean@erenstoft.com

**Dated: March 2, 2007**          Richard W. Wieking, Clerk

By: **/s/ JW Chambers**
     **Elizabeth Garcia**
     **Courtroom Deputy**

**United States District Court**
For the Northern District of California